UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **CV 24-5052 MWF (Ex)**                                    Date:  August 05, 2024

Title   **Angela Garcia v. Genesis Credit Management LLC, et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that Defendant Equifax Information Services LLC ("Equifax") filed a Notice of Removal (the "NoR") on June 14, 2024.  (Docket No. 1).  Included with the Notice of Removal is Defendant Experian Information Solutions, Inc.'s ("Experian") Joinder and Consent to Removal of Action.  (Exhibit B to NoR, Docket No. 1-2).

On July 19, 2024, Defendant Equifax filed its Answer to Complaint.  (Docket No. 10).  As of August 2, 2024, Defendant Experian has not filed an Answer or entered an appearance in this action.

The Court filed an Order Setting Scheduling Conference.  (Docket No. 11).  The parties' Joint Rule 26(f) Report is due no later than August 12, 2024, and the Scheduling Conference is set on August 26, 2024, at 11:00 a.m.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution as to Defendant Experian.  In response to this Order to Show Cause, the Court will accept the following no later than **AUGUST 20, 2024**.

■ By Defendant Experian:  Response to the Complaint.

OR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-5052 MWF (Ex)**                                                                 Date:  August 05, 2024

Title   **Angela Garcia v. Genesis Credit Management LLC, et al.**

■ By Plaintiff:  Application for Clerk to Enter Default as to Defendant Experian.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **AUGUST 20, 2024,** will result in the dismissal of this action as to Defendant Experian.

IT IS SO ORDERED.